Kurt M. Zitzer (14110)
Kathleen L. Beiermeister (20989)
MEAGHER & GEER, PLLP
16767 N. Perimeter Dr., Suite 210
Scottsdale, Arizona  85260
Telephone: (480) 607-9719
Facsimile: (480) 607-9780
kzitzer@meagher.com
kbeiermeister@meagher.com
*Attorneys for Plaintiff*
*Employers Mutual Casualty Company*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Employers Mutual Casualty Company, an Iowa corporation, | **Case No. 2:19-cv-01066-DLR** |
| Plaintiff, | **STIPULATION TO DISMISS** |
| v. | *(Assigned to Honorable Douglas L. Rayes)* |
| Logos Builders Southwest, LLC, an Arizona limited liability company; 3743 Indian School, LLC, an Arizona limited liability company, | |
| Defendants. | |
| And Related Counterclaim. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Employers Mutual Casualty Company and Defendant Logos Builders Southwest, LLC, through their respective counsel, that the above entitled matter is hereby dismissed without prejudice as against all defendants, including 3743 Indian School, LLC, which previously

/ / /

/ / /

/ / /

1  stipulated not to defend the action and to be bound by the outcome.  The parties reserve the

2  right to seek an award of fees and costs incurred herein in any ensuing state court action.

3      RESPECTFULLY SUBMITTED June 12, 2019.

4

5                                MEAGHER & GEER, PLLP

6                                */s/ Kathleen L. Beiermeister*
                          By:    Kurt M. Zitzer

7                                Kathleen L. Beiermeister
                                 16767 N. Perimeter Dr., Suite 210

8                                Scottsdale, Arizona  85260
                                 *Attorneys for Employers Mutual Casualty Company*

9

10                               MURPHY CORDIER, PLC

11                               */s/ Richard B. Murphy, with permission*
                          By:    Richard B. Murphy

12                               Michael A. Cordier

13                               Chase E. Halsey
                                 2025 N. Third St., Ste. 200

14                               Phoenix, AZ  85004
                                 *Attorneys for Defendant*

15                               *Logos Builders Southwest, L.L.C.*

16

17  12858382.1

18

19

20

21

22

23

24

25

26

2